1  MARISOL A. NAGATA
   State Bar No. 221387
2  BARRETT DAFFIN FRAPPIER
   TREDER & WEISS, LLP
3  20955 Pathfinder Rd, Suite 300
   Diamond Bar, CA 91765
4  Telephone: (626) 371-7000
   Facsimile: (972) 661-7726
5  File No. 1699107
6  ndcaecf@bdfgroup.com

7  Attorney for Moving Party
8  WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION
   OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA
9  MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB,
   ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST
10

11                    UNITED STATES BANKRUPTCY COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14  In re:                              | CASE NO.:    08-47550-EJ-13
    JOSEPH ANTHONY TAORMINA,            | CHAPTER:    13
15  TINA MARIE TAORMINA
                                        | R.S. NO.:    EAT-926
16
17                                      | MOTION FOR RELIEF FROM THE
                                        | AUTOMATIC STAY
18
19                                      | DATE:        July 30, 2010
                                        | TIME:        10:00 am
20           Debtors.                   | PLACE:       U.S. Bankruptcy Court
                                        |              Courtroom 215, Floor 2nd,
21                                      |              1300 Clay Street
22                                      |              Oakland, CA
23

24

25

26           WELLS FARGO BANK, N.A. ALSO KNOWN AS WACHOVIA MORTGAGE

27  A DIVISION OF WELLS FARGO BANK N.A., AND FORMERLY KNOWN AS

28

                                    1

WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

hereby moves the court for an Order Terminating Automatic Stay for cause pursuant to

*11 U.S.C. Section 362(d)(1)* on the grounds hereafter set forth:

1. On December 18, 2008, the Debtors JOSEPH ANTHONY TAORMINA and TINA MARIE TAORMINA commenced this voluntary Chapter 13 case in the United States Bankruptcy Court for the Northern District of California, Oakland Division, Case No. 08-47550-EJ-13. MARTHA G. BRONITSKY is the duly appointed, qualified and acting Chapter 13 Trustee. An order confirming the Debtors' Chapter 13 Plan was entered on June 11, 2009.

2. The court has subject matter jurisdiction over this Motion for Relief from the Automatic Stay under the provisions of *28 U.S.C. Section 157(b)* and *11 U.S.C. Section 362*. Venue in this court is proper under the provisions of *28 U.S.C. Sections 1*408 and *1409*.

3. The Debtors' estate includes real property commonly known as **5419 GERONIMO COURT, ANTIOCH, CA 94531-9030** and legally described as follows:

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE CITY OF ANTIOCH,COUNTY OF CONTRA COSTA,STATE OF CALIFORNIA,DESCRIBED AS FOLLOWS:

LOT 376,AS SHOWN ON THE MAP OF SUBDIVISION 8122,FILED JUNE 9,1998,MAP BOOK 400,PAGE 31,CONTRA COSTA COUNTY RECORDS.

EXCEPTING THEREFROM:

AN UNDIVIDED 1/2 INTEREST IN AND TO ALL GAS,OIL,ASPHALTUM OR OTHER HYDROCARBONS AND MINERALS IN AND UNDER THE LAND HEREINABOVE DESCRIBED WITH THE RIGHT OF INGRESS AND EGRESS THERETO AND THEREFROM,FRO THE PURPOSE OF THE EXTRACTION THEREOF,WITH THE RIGHT TO INSTALL,MAINTAIN AND OPERATE PIPE LINES,AND OTHER IMPROVEMENTS FOR THE PURPOSE OF EXTRACTING SAID SUBSTANCES OR ANY OF THEM,SAID SUBSTANCES AND RIGHTS HAVING BEEN HERETOFORE CONVEYED BY DEED RECORDED AUGUST 6,1963,IN BOOK 4423,PAGES 154,167 AND 170,OFFICIAL RECORDS.

ALL RIGHTS IN OR TO THE SURFACE OF SAID LAND AND OR TO THE LAND BELOW THE SURFACE OF THE PROPERTY TO A DEPTH OF 500 FEET MEASURED

Case: 08-47550 Doc# 34 Filed: 07/07/10 Entered: 07/07/10 12:04:15 Page 2 of 4

VERTICALLY FROM THE SURFACE OF THE PROPERTY TO A DEPTH OF 500 FEET MEASURED VERTICALLY FROM THE SURFACE OF SAID LAND HAVE BEEN ELIMINATED BY QUITCLAIM RECORDED OCTOBER 19,1989,IN BOOK 15407,PAGE 277,OFFICIAL RECORDS.

APN NO:055-450-022

4.     On or about August 08, 2006, Debtors JOSEPH ANTHONY TAORMINA and TINA MARIE TAORMINA executed a Note in the original sum of $520,000.00 in favor of WORLD SAVINGS BANK, FSB.  The Note is secured by a first priority Deed of Trust against said real property recorded on August 15, 2006 as Instrument No. 2006-0258033-00 in the Office of the County Recorder of CONTRA COSTA County, CA.   In or about September 2006, World Savings Bank, FSB was acquired by Wachovia Mortgage, FSB.  Subsequently, in or about October 2008, Wachovia Mortgage, FSB merged into Wells Fargo Bank, N.A.

5.     The original loan amount was payable with interest at the initial rate of 7.19% per annum in monthly principal and interest installments of $1,794.63 each, commencing October 15, 2006 and continuing thereafter each calendar month through September 15, 2036 at which time the entire unpaid principal balance plus accrued interest shall be due and payable.  The interest rate and monthly payment are subject to periodic adjustments as specified in the Note.  The current monthly payment is $2,829.88.

6.     Movant has not yet commenced any foreclosure proceedings against the real property.

7.     The Debtors have materially defaulted in their obligation by failing to make regular post-petition monthly mortgage installments totaling $11,319.52 from March 15, 2010 through and including May 15, 2010.  Another post-petition installment of $2,829.88  has come due on June 15, 2010 and another post petition installment of $2,829.88 will become due on July 15, 2010.  In addition, Movant has incurred attorney fees and costs totaling $800.00 to prosecute this relief from

stay motion. These legal expenses are recoverable as additional obligations payable under the ARM NOTE and Deed of Trust.

8.     The Debtors' material default constitutes cause to terminate the automatic stay under *11 U.S.C. Section 362(d)(1)* so that Movant can progress enforcement of its contractual default remedies to foreclose upon and recover possession of the real property.

WHEREFORE, movant prays for an Order as follows:

1.     For an Order Granting Relief from the Automatic Stay to allow moving party to enforce its state law foreclosure remedies against the real property described above and to allow the successful bidder to recover possession of said real property in accordance with applicable state laws.

2.     That the Order Granting Relief from the Automatic Stay be binding and effective notwithstanding any conversion of this case to a case under any Chapter of *Title 11* of the *United States Code* without further notice, hearing or court order.

3.     That the Order Granting Relief from the Automatic Stay be deemed effective and enforceable immediately upon its entry with no stay on its enforcement as prescribed by *Rule 4001(a)(3)* of the *Federal Rules of Bankruptcy Procedure*.

4.     For such other relief as the court deems proper.

BARRETT DAFFIN FRAPPIER TREDER
& WEISS, LLP

Dated:  July 7, 2010                    By:     /s/ MARISOL A NAGATA
                                                MARISOL A NAGATA
                                                Attorney for Movant

4

Case: 08-47550   Doc# 34   Filed: 07/07/10   Entered: 07/07/10 12:04:15   Page 4 of 4