Entered on Docket
September 30, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: September 30, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

MARISOL A. NAGATA
State Bar No. 221387
ANGIE M. MARTH
State Bar No. 264567
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(626) 915-0289 - Fax
File No. 1699107
ndcaecf@BDFGroup.com

Attorney for Movant
WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>JOSEPH ANTHONY TAORMINA,<br>TINA MARIE TAORMINA,<br><br>Debtors. | CASE NO.: 08-47550 EJ-13<br>CHAPTER: 13<br>R.S. NO.: EAT-926<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: July 30, 2010<br>TIME: 10:00 a.m.<br>PLACE: U.S. Bankruptcy Court<br>Courtroom 215, Second Floor<br>1300 Clay Street<br>Oakland, California |

The Court having considered the Declaration of Ines A. Suarez and good cause appearing therefore:

/ / /

1  IT IS ORDERED, ADJUDGED AND DECREED that the automatic stay imposed by *11 U.S.C. § 362(a)* shall be and is hereby terminated as to Movant, its successors and assigns, thereby permitting enforcement of its contractual default remedies against the security described in that certain Deed of Trust recorded on August 15, 2006 as Instrument No. 2006-0258033-00 in the Office of the County Recorder of Contra Costa County, State of California, including that certain real property commonly known as **5419 Geronimo Court, Antioch, California 94531-9030** and legally described as follows:

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE CITY OF ANTIOCH, COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 376, AS SHOWN ON THE MAP OF SUBDIVISION 8122, FILED JUNE 9, 1998, MAP BOOK 400, PAGE 31, CONTRA COSTA COUNTY RECORDS.

EXCEPTING THEREFROM:

AN UNDIVIDED 1/2 INTEREST IN AND TO ALL GAS, OIL, ASPHALTUM OR OTHER HYDROCARBONS AND MINERALS IN AND UNDER THE LAND HEREINABOVE DESCRIBED WITH THE RIGHT OF INGRESS AND EGRESS THERETO AND THEREFROM, FROM THE PURPOSE OF THE EXTRACTION THEREOF, WITH THE RIGHT TO INSTALL, MAINTAIN AND OPERATE PIPE LINES, AND OTHER IMPROVEMENTS FOR THE PURPOSE OF EXTRACTING SAID SUBSTANCES OR ANY OF THEM, SAID SUBSTANCES AND RIGHTS HAVING BEEN HERETOFORE CONVEYED BY DEED RECORDED AUGUST 6, 1963, IN BOOK 4423, PAGES 154,167 AND 170, OFFICIAL RECORDS.

ALL RIGHTS IN OR TO THE SURFACE OF SAID LAND AND OR TO THE LAND BELOW THE SURFACE OF THE PROPERTY TO A DEPTH OF 500 FEET MEASURED VERTICALLY FROM THE SURFACE OF THE PROPERTY TO A DEPTH OF 500 FEET MEASURED VERTICALLY FROM THE SURFACE OF SAID LAND HAVE BEEN ELIMINATED BY QUITCLAIM RECORDED OCTOBER 19, 1989, IN BOOK 15407, PAGE 277, OFFICIAL RECORDS.

APN NO: 055-450-022.

ORDERED, ADJUDGED AND DECREED the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is

deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim within thirty days for any deficiency.

ORDERED, ADJUDGED AND DECREED that the terms of this Order shall be deemed effective and enforceable immediately upon its entry with no stay on its enforcement as prescribed by *Rule 4001(a)(3)* of the *Federal Rules of Bankruptcy Procedure*.

**END OF ORDER**

# COURT SERVICE LIST

**BY US FIRST CLASS MAIL**

**DEBTOR**
JOSEPH ANTHONY TAORMINA
5419 GERONIMO COURT
ANTIOCH CA 94531

**DEBTOR**
TINA MARIE TAORMINA
5419 GERONIMO COURT
ANTIOCH CA 94531